IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr435

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAWRENCE KENNETH FERRAR, JR. | ) | |

**THIS MATER** is before the Court on the United States' Motion, (Doc. No. 13), requesting permission to apply money seized from Lawrence Kenneth Ferrar, Jr. toward payment of his fine.

Upon review of the complete record of this matter to date, the Court finds that the government has established good cause for the requested relief.

**IT IS, THEREFORE, ORDERED** that the Charlotte-Mecklenburg Police Department convey and remit to the Office of the United States District Clerk of Court for the Western District of North Carolina, the sum of $11,214.98 that was seized from the defendant on September 15, 2005, and which is now in the possession of the Charlotte-Mecklenburg Police Department, in satisfaction of the fine imposed by the criminal judgment in this matter.

**IT IS FURTHER ORDERED** that the United States Clerk of Court refund any overpayment directly to the defendant Lawrence Kenneth Ferrar, Jr.

Signed: December 22, 2008

Robert J. Conrad, Jr.
Chief United States District Judge