IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr435

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| LAWRENCE KENNETH FERRAR, JR. | ) | |

THIS MATTER is before the Court on the United States' motion requesting permission to apply money seized from Lawrence Kenneth Ferrar, Jr. toward payment of the fine ordered in this case. (Doc. No. 16: Motion). The defendant has not responded.

The Court previously ordered the Charlotte Mecklenburg Police Department (CMPD) to release $11,214.98 seized from the defendant toward payment of his fine. (Doc. No. 15: Order). The government requests an amended order because it has been determined that additional funds of the defendant are under the control of the CMPD.

**IT IS HEREBY ORDERED** that the Charlotte Mecklenburg Police Department convey and remit to the Office of the United States District Clerk of Court for the Western District of North Carolina the sum of $11,454.98 that was seized from the defendant on September 15, 2005, and which is now in the possession of the Charlotte Mecklenburg Police Department, in satisfaction of the fine imposed by the criminal judgment in this matter.

**IT IS FURTHER ORDERED** that the United States Clerk of Court refund any overpayment directly to the defendant Lawrence Kenneth Ferrar, Jr.

Signed: April 8, 2009

Robert J. Conrad, Jr.
Chief United States District Judge